PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs | ) | Criminal Case # 13-cr-00144-CMA |
| | ) | |
| Evan Nathaniel CASTLE | ) | Case No. 13-mj-01056-MEH-01 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Evan Nathaniel Castle, have discussed with Walter E. Vanni, Probation Officer, modification of my release as follows:

(e) not obtain a passport or other international travel document.

(f) abide by the following restrictions on travel: travel is restricted to the State of Colorado unless permission is granted by the Court.

(g) avoid all contact directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution.

(m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, including any form or genus of cannabis, unless prescribed by a licensed medical practitioner. The defendant may not possess or use marihuana pursuant to a Colorado medical marijuana card. Marihuana is a Schedule I controlled substance under 21 U.S.C. § 812(c) which has no currently acceptable medical use in the United States; and

(n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. The defendant shall pay the cost of any testing or monitoring as directed by the probation officer.

(o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer. The defendant shall pay the cost of treatment as directed by the probation officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_Evan Costh_  4/18/13    _Walter E. Vanni_    04/10/13
Signature of Defendant   Date    Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    4/18/13
Signature of Defense Counsel    Date

_James R. All_    4-11-13
Signature of Assistant U.S. Attorney    Date

☒ The above modification of conditions of release is ordered, to be effective on April 22, 2013

☐ The above modification of conditions of release is not ordered.

_[signature]_    April 22, 2013
Signature of Judicial Officer    Date
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO